UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JON VANAMRINGE, *Individually and On Behalf of All Others Similarly Situated*,

Plaintiff,

v.

LEWIS R MESSINGER, MARCIA B SNOW, PHILLIP ZIPIN,

Movants,

v.

ROYAL GROUP TECHNOLOGIES, LIMITED, DOUGLAS DUNSMUIR, GARY BROWN, VIC DE ZEN, RON GOEGAN,

Defendants.

6-CV-822 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 11, 2008, Judge Holwell entered an Amended Order and Final Judgment, approving a settlement of this class action and a related class action filed in the Ontario Superior Court. *See* Dkt 53. On August 8, 2026, this case was reassigned from Judge Holwell to the undersigned. Now before the Court is Lead Plaintiffs' motion for approval of a *cy pres* donation of the residual settlement proceeds in equal parts to two organizations: the New York Bar Foundation (the "NYBF") and the Council of Institutional Investors (the "CII"). *See* Dkt. 55. For the reasons that follow, Lead Plaintiffs' motion is granted.

The Court has "broad supervisory powers with respect to the administration and allocation of settlement funds." *In re Holocaust Victim Assets Litig.*, 424 F.3d 132, 146 (2d Cir. 2005) (quotation marks omitted). In the class action litigation context, a *cy pres* award of residual settlement funds may be made when "it is not feasible to make further distributions to class members" and the

interests of the *cy pres* designee "reasonably approximate those being pursued by the class." *In re Citigroup Inc. Sec. Litig.*, 199 F. Supp. 3d 845, 848–49 (S.D.N.Y. 2016). "The permissibility of distributions pursuant to *cy pres* principles is well-established so long as class members benefit, even if indirectly, from the distribution." *Reyes v. Summit Health Mgmt., LLC*, 22-CV-9916 (VSB), 2024 WL 472841, *5 (S.D.N.Y. Feb. 6, 2024).

Here, following the Court's approval of the Amended Order and Final Judgment, the settlement funds were distributed to eligible U.S. class members. *See* Dkt. 57, Ex. 1 ("Oetting Aff.") ¶ 7. On July 23, 2026, Counsel for Lead Plaintiffs informed the Court that as of June 30, 2026, approximately $27,800 in residual settlement proceeds remained in the U.S. Dollar Trust Account and that it would not be feasible or economical to distribute this residual amount to the class members. *See* Dkt. 56 at 2; Oetting Aff. ¶ 11. Instead, Lead Plaintiffs seek approval of a *cy pres* donation of these residual settlement proceeds to the NYBF and to the CII.

According to Lead Plaintiffs, "[t]he [NYBF] provides valuable funds for legal services and education of New Yorkers," and the "CII is a leading voice for effective corporate governance, strong shareowner rights and sensible financial regulations that foster fair, vibrant capital markets." Dkt. 56 at 2 (quotation marks omitted). Lead Plaintiffs further represent that they "believe [the NYBF's] and CII's interests closely align with the Class's interests in obtaining transparency and accuracy in securities-related matters, and their work certainly approximates the interests of the Class in this action, which alleged violations of the federal securities laws." *Id.* Courts in this Circuit have approved *cy pres* donations to the NYBF and to the CII under similar circumstances, *see In re Grana y Montero S.A.A. Sec. Litig.*, No. 17-CV-1105 (LDH) (ST) (E.D.N.Y. Apr. 11, 2025); *Pa. Pub. Sch. Emps.' Ret. Sys. v. Bank of Am. Corp.*, 318 F.R.D. 19, 24 (S.D.N.Y. 2016), and no party has opposed Lead Plaintiffs' motion.

Upon review of Lead Plaintiffs' submissions, the Court is satisfied that it would not be "feasible to make further distributions to class members" and that the interests of the NYBF and the CII "reasonably approximate those being pursued by the class." *In re Citigroup*, 199 F. Supp. 3d at 848–49.

For the reasons stated above, Lead Plaintiffs' motion for approval to donate the residual settlement funds in equal parts to the NYBF and to the CII is granted. The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 55.

Dated: October 19, 2026
New York, New York

Ronnie Abrams
United States District Judge